**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6636**

———————

BELVIN M. PAGE,

                                        Petitioner - Appellant,

        versus

MICHAEL MOORE, Director, South Carolina De-
partment of Corrections; CHARLES M. CONDON,
Attorney General of the State of South Caro-
lina,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Chief District
Judge.  (CA-98-767-4-12BC)

———————

Submitted:  June 30, 1999          Decided:  September 13, 1999

———————

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Belvin M. Page, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Belvin M. Page appeals the district court's order granting summary judgment to Appellees on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Page v. Moore, No. CA-98-767-4-12BC (D.S.C. Mar. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2